AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Tyrone Roberson, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    2:20-cv-02904-RMG |
| South Carolina Department of Corrections, | ) | |
| *Defendant(s)* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:  Plaintiff, Tyrone Roberson, shall take nothing of Defendant, South Carolina Department of Corrections, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M Gergel, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:   December 2, 2020                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/H.Cornwell

                                                                                    *Signature of Clerk or Deputy Clerk*